UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SECRETARY, DEPARTMENT OF
LABOR,

           Plaintiff

      v.                      1:10-MC-51

TRUPRINT SERVICES, INC.,

           Defendant

### ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 5) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 5) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. Defendant Truprint Services, Inc. is hereby ORDERED to appear before the Secretary's designated agent, on June 3, 2011 at 11:00 a.m., Ft. Wright Executive Building 1, Suite 210, 1885 Dixie Highway, Ft. Wright, KY 41011, give testimony and produce the designated books, records and documents required by the subpoena. Plaintiff shall file a Notice of Compliance with this Order by June 20, 2011. Plaintiff shall serve a copy of this Order to defendant, Truprint Services, Inc.

This case is RECOMMITTED to the United States Magistrate Judge for further proceedings according to law.

IT IS SO ORDERED.

                                            s/Herman J. Weber
                                        **Herman J. Weber, Senior Judge**
                                        **United States District Court**